IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. 4:07cr54 |
| | § | |
| BRIAN KEITH AKERS | § | |

**ORDER AND REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Court held Defendant's Initial Appearance on the First Amended Petition for Warrant or Summons for Offender Under Supervision on April 29, 2014. Defendant having waived his right to a preliminary and detention hearing and to allocution before a District Judge, and based on the agreement of the parties, he is ordered detained pending identification of an available halfway house suitable to U.S. Probation.

Further, having considered the agreement of the parties' and the approval of U.S. Probation, the Court recommends that the terms and conditions of Defendant's supervised release be modified to include the following terms:

> Defendant shall reside in a residential reentry center or similar facility, with a correctional component, until August 31, 2014, to commence upon release from confinement and shall observe the rules of that facility.

Further, Defendant having waived his right to object to the undersigned's recommendations, they are presented to the District Judge for immediate consideration.

**SO ORDERED.**

**SIGNED this 13th day of May, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE